

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00225-CV

**ULLJA KUNTZE,**

**Appellant**

**v.**

**SANDRA COWAN AND WILLIAM E. FASON,**

**Appellees**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 28,904**

## O R D E R

All relief requested in the document titled "ULLJA KUNTZE'S REQUEST FROM

THIS COURT TO RECONSIDER ITS ORDER ISSUED ON FEB 14, 2018 (SEE A COPY OF

ORDER UNDER APPENDIX: '2')" filed on March 1, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Order issued and filed August 29, 2018

